**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

CARLA TABARES,

            Plaintiff,

v.                                                                                      Case No. 06-4140-SAC

THE GATES CORPORATION f/k/a
THE GATES RUBBER COMPANY,

            Defendant.

## **ORDER**

This matter comes before the court upon defendant's Motion for Order to Substitute Pleadings (Doc. 23). Specifically, defendant asks the court to allow defendant to substitute a redacted version of Exhibit A to Notice to Take Deposition of Verdon Parham, M.D. (Doc. 20), Notice to Take Deposition of William L. Dillon, M.D. (Doc. 21), and Amended Notice to Take Deposition of Verdon Parham, M.D. (Doc. 22). The only change in the redacted version of each exhibit is the removal of plaintiff's date of birth. The court has conferred with plaintiff's counsel, who has no objection to the current motion. The court is therefore prepared to rule on the instant motion.

Upon reviewing defendant's motion the court finds good cause exists that it be granted. Accordingly,

**IT IS HEREBY ORDERED THAT** defendant shall substitute a redacted version of Exhibit A to Notice to Take Deposition of Verdon Parham, M.D. (Doc. 20), Notice to Take Deposition of William L. Dillon, M.D. (Doc. 21), and Amended Notice to Take Deposition of Verdon Parham (Doc. 22).

**IT IS SO ORDERED.**

Dated this 24th day of August, 2007, at Topeka, Kansas.

                                                s/ K. Gary Sebelius
                                                K. Gary Sebelius
                                                U.S. Magistrate Judge